# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04cr39-V

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JERMAINE LINDSAY - 9 | ) | |

**THIS MATTER** is before the Court upon Defendant's motion for a continuance of the sentencing hearing scheduled for 15 August 2005 in the Charlotte Division.

Upon consideration of the Defendant's motion, the Court finds no good cause has been shown to continue this sentencing. **IT IS, THEREFORE, ORDERED** that Defendant's motion to continue is hereby **DENIED.**

Signed: August 12, 2005

Richard L. Voorhees
United States District Judge