# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JERMAINE LINDSAY ) | Case No: 3:04CR39-09 |
| ) | USM No: 19526-058 |
| Date of Previous Judgment: 08/15/2005 ) | Claire Rauscher |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __44__ months **is reduced to** __time served__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS
**It is further ordered** that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __08/15/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __3/27/08__

Effective Date: _____
(if different from order date)

Judge's signature

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE
Printed name and title